MEREDITH N. LANDY (S.B. #136489)
PETER T. SNOW (S.B. #222117)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:   (650) 473-2600
Facsimile:    (650) 473-2601
Email:         mlandy@omm.com
                   psnow@omm.com

Attorneys for Defendants Rackable Systems, Inc., Thomas K. Barton, Madhu Ranganathan and Todd R. Ford

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE RACKABLE SYSTEMS, INC. SECURITIES LITIGATION | Case No.  C-09-0222-CW |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS. | **STIPULATION AND ORDER REGARDING SCHEDULING MATTERS** |

1    WHEREAS, pursuant to the Court's Stipulation And Order Regarding Scheduling And Related Matters As Modified of March 13, 2009, Lead Plaintiff filed the Amended Complaint For Violations Of The Federal Securities Laws ("Amended Complaint") on June 15, 2009;

WHEREAS, Defendants' response to the Amended Complaint is currently due on July 30, 2009;

WHEREAS, Defendants intend to file a motion to dismiss the Amended Complaint;

WHEREAS, the parties have agreed, subject to the approval of the Court, to modify the schedule for the filing of Defendants' response to the Amended Complaint.

NOW THEREFORE, the parties to this action hereby stipulate and agree, by and through their undersigned counsel, as follows:

1. Defendants shall file their response or any motion directed to the Amended Complaint by August 13, 2009;

2. If Defendants file a motion directed to the Amended Complaint, Lead Plaintiff's opposition brief shall be filed by September 14, 2009;

3. Defendants' reply brief in support of any such motion shall be filed by October 14, 2009;

4. The hearing on any motion filed by Defendants shall be October 29, 2009 at 2:00 p.m.

O'MELVENY & MYERS LLP

Dated: July 28, 2009         By:      /s/
                                Meredith N. Landy

Attorneys for Defendants Rackable Systems, Inc., Thomas K. Barton, Madhu Ranganathan and Todd R. Ford

- 1 -    STIPULATION AND [PROPOSED] ORDER
CASE NO. C-09-0222-CW

GLANCY BINKOW & GOLDBERG LLP

Dated: July 28, 2009

By: /s/
Lionel Z. Glancy
Michael Goldberg

Attorneys for Lead Plaintiff

I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters. In compliance with General Order 45, X.B., I hereby attest that Lionel Z. Glancy has concurred in this filing.

By: /s/
Meredith N. Landy

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: __8/4__, 2009

_/s/ Claudia Wilken_
The Honorable Claudia Wilken
United States District Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-09-0222-CW