MEREDITH N. LANDY (S.B. #136489)
PETER T. SNOW (S.B. #222117)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:   (650) 473-2600
Facsimile:   (650) 473-2601
Email:       mlandy@omm.com
             psnow@omm.com

Attorneys for Defendants Rackable Systems, Inc., Thomas K. Barton, Madhu Ranganathan and Todd R. Ford

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE RACKABLE SYSTEMS, INC. SECURITIES LITIGATION | Case No.  C-09-0222-CW |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS. | **STIPULATION AND [ORDER VACATING DATE FOR INITIAL CASE MANAGEMENT CONFERENCE AS MODIFIED** |

1    WHEREAS, the initial complaint in this action was filed on January 16, 2009;

2    WHEREAS, the Court entered an Order appointing Lead Plaintiff and Lead Plaintiffs' counsel on April 16, 2009;

4    WHEREAS, Lead Plaintiff filed an amended complaint on June 15, 2009;

5    WHEREAS, Defendants moved to dismiss the amended complaint on August 13, 2009, and the hearing on Defendants' motion to dismiss is scheduled for October 29, 2009;

7    WHEREAS, pursuant to a stipulation of the parties, which pre-dated Defendants' motion to dismiss, the Court set an Initial Case Management Conference for October 20, 2009;

9    WHEREAS, the Order setting the Initial Case Management Conference requires the parties to comply with various procedures, including initial disclosures, and the filing of a Rule 26(f) Report and Joint Case Management Conference Statement, in connection with the Conference;

13    WHEREAS, this action is subject to the provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA") which imposes a discovery stay pending solution of a motion to dismiss the consolidated amended complaint;

16    WHEREAS, the parties believe that the procedures to be completed in connection with the Initial Case Management Conference are incompatible with the requirements of the PSLRA, and that the scheduling of an Initial Case Management Conference in this action is premature;

19    NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

21    1.    That the October 20, 2009 Initial Case Management Conference should be taken off calendar; and

23    2.    That the procedures to be completed in connection with the Initial Case Management Conference should be postponed pending any rescheduling of the Initial Case Management Conference.

1  IT IS SO STIPULATED.
2
3                                                                          O'MELVENY & MYERS LLP
4
5  Dated:   October 13, 2009                          By:          /s/
                                                                    Meredith N. Landy
6
                                                      Attorneys for Defendants Rackable Systems,
7                                                     Inc., Thomas K. Barton, Madhu Ranganathan
                                                      and Todd R. Ford
8
9                                                     GLANCY BINKOW & GOLDBERG LLP
10
11                                                    By:          /s/
   Dated:   October 13, 2009                                       Lionel Z. Glancy
12                                                                 Michael Goldberg
13                                                    Attorneys for Lead Plaintiff
14
15
16      I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this
17  Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General
18  Order 45, X.B., I hereby attest that Lionel Z. Glancy has concurred in this filing.
19
                                                      By:      /s/
20                                                             Meredith N. Landy
21
22                                          **O R D E R**
23      PURSUANT TO STIPULATION, IT IS SO ORDERED.  **THE CASE MANAGEMENT**
24  **CONFERENCE WILL BE HELD ON DECEMBER 1, 2009, AT 2:00 P.M.**
25          10/13/09
26  DATED: _____, 2009          _____
                                      The Honorable Claudia Wilken
27                                    United States District Judge
28

- 2 -                                 STIPULATION AND [PROPOSED] ORDER
                                      CASE NO. C-09-0222-CW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -  STIPULATION AND [PROPOSED] ORDER
CASE NO. C-09-0222-CW