MEREDITH N. LANDY (S.B. #136489)
PETER T. SNOW (S.B. #222117)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:     (650) 473-2600
Facsimile:     (650) 473-2601
Email:         mlandy@omm.com
               psnow@omm.com

Attorneys for Defendants Rackable Systems, Inc., Thomas K. Barton, Madhu Ranganathan and Todd R. Ford

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE RACKABLE SYSTEMS, INC. SECURITIES LITIGATION | Case No.  C-09-0222-CW |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS. | **STIPULATION AND [ORDER VACATING DATE FOR INITIAL CASE MANAGEMENT CONFERENCE AS MODIFIED** |

1    WHEREAS, the initial complaint in this action was filed on January 16, 2009;

2    WHEREAS, the Court entered an Order appointing Lead Plaintiff and Lead Plaintiffs'

3    counsel on April 16, 2009;

4    WHEREAS, Lead Plaintiff filed an amended complaint on June 15, 2009;

5    WHEREAS, Defendants moved to dismiss the amended complaint on August 13, 2009,

6    and the hearing on Defendants' motion to dismiss is scheduled for October 29, 2009;

7    WHEREAS, pursuant to a stipulation of the parties, which pre-dated Defendants' motion

8    to dismiss, the Court set an Initial Case Management Conference for October 20, 2009;

9    WHEREAS, the Order setting the Initial Case Management Conference requires the

10    parties to comply with various procedures, including initial disclosures, and the filing of a Rule

11    26(f) Report and Joint Case Management Conference Statement, in connection with the

12    Conference;

13    WHEREAS, this action is subject to the provisions of the Private Securities Litigation

14    Reform Act of 1995 (the "PSLRA") which imposes a discovery stay pending solution of a motion

15    to dismiss the consolidated amended complaint;

16    WHEREAS, the parties believe that the procedures to be completed in connection with the

17    Initial Case Management Conference are incompatible with the requirements of the PSLRA, and

18    that the scheduling of an Initial Case Management Conference in this action is premature;

19    NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully

20    request that the Court enter an order, as follows:

21    1.    That the October 20, 2009 Initial Case Management Conference should be taken

22    off calendar; and

23    2.    That the procedures to be completed in connection with the Initial Case

24    Management Conference should be postponed pending any rescheduling of the Initial Case

25    Management Conference.

IT IS SO STIPULATED.

O'MELVENY & MYERS LLP

Dated: October 13, 2009

By: /s/
Meredith N. Landy

Attorneys for Defendants Rackable Systems, Inc., Thomas K. Barton, Madhu Ranganathan and Todd R. Ford

GLANCY BINKOW & GOLDBERG LLP

Dated: October 13, 2009

By: /s/
Lionel Z. Glancy
Michael Goldberg

Attorneys for Lead Plaintiff

I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters. In compliance with General Order 45, X.B., I hereby attest that Lionel Z. Glancy has concurred in this filing.

By: /s/
Meredith N. Landy

## **O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED. **THE CASE MANAGEMENT CONFERENCE WILL BE HELD ON DECEMBER 1, 2009, AT 2:00 P.M.**

10/13/09

DATED: _____, 2009

[signature: Claudia Wilken]

The Honorable Claudia Wilken
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 3 -   STIPULATION AND [PROPOSED] ORDER
CASE NO. C-09-0222-CW