MEREDITH N. LANDY (S.B. #136489)
PETER T. SNOW (S.B. #222117)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:    (650) 473-2600
Facsimile:     (650) 473-2601
Email:           mlandy@omm.com
                    psnow@omm.com

Attorneys for Defendants Rackable Systems, Inc., Thomas K. Barton, Madhu Ranganathan and Todd R. Ford

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE RACKABLE SYSTEMS, INC. SECURITIES LITIGATION | Case No.  C-09-0222-CW |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS. | **STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING MATTERS** |

1    WHEREAS, on June 15, 2009, Lead Plaintiffs filed the Amended Complaint for Violations of the Federal Securities Laws ("Amended Complaint");

WHEREAS, on August 4, 2009, the Court entered an order setting a briefing schedule for Defendants' motion to dismiss the Amended Complaint;

WHEREAS, Defendants filed their Motion to Dismiss the Amended Complaint for Violations of the Federal Securities Laws ("Motion to Dismiss") on August 13, 2009;

WHEREAS, Lead Plaintiffs filed their Opposition to Defendants' Motion to Dismiss on September 14, 2009; and

WHEREAS, the parties have met and conferred regarding modifying the briefing schedule for Defendants' reply brief in support of the Motion to Dismiss;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

1. Defendants shall file their reply brief on or before October 21, 2009; and

2. The hearing on defendants' Motion to Dismiss shall be on November 19, 2009 at 2:00 pm.

IT IS SO STIPULATED.


O'MELVENY & MYERS LLP

Dated:  October 14, 2009         By:    /s/
                                        Meredith N. Landy

Attorneys for Defendants Rackable Systems, Inc., Thomas K. Barton, Madhu Ranganathan and Todd R. Ford

- 1 -    STIPULATION AND [PROPOSED] ORDER
         CASE NO. C-09-0222-CW

GLANCY BINKOW & GOLDBERG LLP

Dated: October 14, 2009

By: /s/
Lionel Z. Glancy
Michael Goldberg

Attorneys for Lead Plaintiffs

I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters. In compliance with General Order 45, X.B., I hereby attest that Lionel Z. Glancy has concurred in this filing.

By: /s/
Meredith N. Landy

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/15, 2009

The Honorable Claudia Wilken
United States District Judge