1  MEREDITH N. LANDY (S.B. #136489)
   PETER T. SNOW (S.B. #222117)
2  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
3  Menlo Park, California  94025-7019
   Telephone:     (650) 473-2600
4  Facsimile:     (650) 473-2601
   Email:         mlandy@omm.com
5                 psnow@omm.com

6  Attorneys for Defendants Rackable Systems, Inc.,
   Thomas K. Barton, Madhu Ranganathan and Todd
7  R. Ford

8

9                  **UNITED STATES DISTRICT COURT**

10                 **NORTHERN DISTRICT OF CALIFORNIA**

11                        **OAKLAND DIVISION**

12  IN RE RACKABLE SYSTEMS, INC.        )   Case No.  C-09-0222-CW
    SECURITIES LITIGATION               )
13  _____ )   CLASS ACTION
                                        )
14  THIS DOCUMENT RELATES TO:           )   **STIPULATION AND**
    ALL ACTIONS.                        )   **ORDER REGARDING SCHEDULING**
15                                      )   **MATTERS**
    _____ )
16

17

18

19

20

21

22

23

24

25

26

27

28

                                    STIPULATION AND [PROPOSED] ORDER
                                              CASE NO. C-09-0222-CW

1    WHEREAS, on June 15, 2009, Lead Plaintiffs filed the Amended Complaint for

2    Violations of the Federal Securities Laws ("Amended Complaint");

3    WHEREAS, on August 4, 2009, the Court entered an order setting a briefing schedule for

4    Defendants' motion to dismiss the Amended Complaint;

5    WHEREAS, Defendants filed their Motion to Dismiss the Amended Complaint for

6    Violations of the Federal Securities Laws ("Motion to Dismiss") on August 13, 2009;

7    WHEREAS, Lead Plaintiffs filed their Opposition to Defendants' Motion to Dismiss on

8    September 14, 2009;

9    WHEREAS, pursuant to a stipulation by the parties, the Court previously entered an order

10   extending the deadline for Defendants' reply brief in support of the Motion to Dismiss to

11   October 21, 2009 and setting the hearing on Defendants' Motion to Dismiss for November 19,

12   2009 at 2 p.m.;

13   WHEREAS, the parties have met and conferred regarding the briefing schedule for

14   Defendants' reply brief in support of the Motion to Dismiss;

15   WHEREAS, the parties have agreed to a further extension of the deadline for Defendants'

16   reply brief which does not require any change to the hearing on the Motion to Dismiss; and

17   NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully

18   request that the Court enter an order, as follows:

19       1.    Defendants shall file their reply brief on or before October 30, 2009.

20   IT IS SO STIPULATED.

21

22                                          O'MELVENY & MYERS LLP

23

24   Dated:  October 20, 2009              By:_____/s/_____
                                                      Meredith N. Landy
25
                                           Attorneys for Defendants Rackable Systems,
26                                         Inc., Thomas K. Barton, Madhu Ranganathan
                                           and Todd R. Ford
27

28

                                                    STIPULATION AND [PROPOSED] ORDER
                              - 1 -                  CASE NO. C-09-0222-CW

1

2                                      GLANCY BINKOW & GOLDBERG LLP

3

4    Dated:   October 20, 2009          By:_____/s/_____
                                              Lionel Z. Glancy
                                              Michael Goldberg
5

6                                      Attorneys for Lead Plaintiffs

7

8

         I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this
9
     Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General
10
     Order 45, X.B., I hereby attest that Lionel Z. Glancy has concurred in this filing.
11

12                                     By:  _____/s/_____
                                              Meredith N. Landy
13

14
                                **O R D E R**
15
         PURSUANT TO STIPULATION, IT IS SO ORDERED.
16

17
     DATED        October        21, 2009    _____
18                                              The Honorable Claudia Wilken
                                                United States District Judge
19

20   MP1:1184802.1

21

22

23

24

25

26

27

28

                                                STIPULATION AND [PROPOSED] ORDER
                               - 2 -                  CASE NO. C-09-0222-CW