1  MEREDITH N. LANDY (S.B. #136489)
   PETER T. SNOW (S.B. #222117)
2  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
3  Menlo Park, California  94025-7019
   Telephone:   (650) 473-2600
4  Facsimile:    (650) 473-2601
   Email:         mlandy@omm.com
5                 psnow@omm.com

6  Attorneys for Defendants Rackable Systems, Inc.,
   Thomas K. Barton, Madhu Ranganathan and Todd
7  R. Ford

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE RACKABLE SYSTEMS, INC. SECURITIES LITIGATION | Case No.  C-09-0222-CW |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL ACTIONS. | **STIPULATION AND ORDER REGARDING SCHEDULING MATTERS** |

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-09-0222-CW

1  WHEREAS, on June 15, 2009, Lead Plaintiffs filed the Amended Complaint for
2  Violations of the Federal Securities Laws ("Amended Complaint");
3  WHEREAS, on August 4, 2009, the Court entered an order setting a briefing schedule for
4  Defendants' motion to dismiss the Amended Complaint;
5  WHEREAS, Defendants filed their Motion to Dismiss the Amended Complaint for
6  Violations of the Federal Securities Laws ("Motion to Dismiss") on August 13, 2009;
7  WHEREAS, Lead Plaintiffs filed their Opposition to Defendants' Motion to Dismiss on
8  September 14, 2009;
9  WHEREAS, pursuant to a stipulation by the parties, the Court entered an order setting the
10 deadline for Defendants' reply brief in support of the Motion to Dismiss to October 21, 2009 and
11 the setting hearing on Defendants' Motion to Dismiss for November 19, 2009 at 2 p.m.;
12 WHEREAS, pursuant to stipulation by the parties, the Court entered an order extending
13 the deadline for Defendants' reply brief to October 30, 2009;
14 WHEREAS, the parties have met and conferred regarding the briefing schedule for
15 Defendants' reply brief in support of the Motion to Dismiss;
16 WHEREAS, the parties have agreed to a further extension of the deadline for Defendants'
17 reply brief which does not require any change to the hearing on the Motion to Dismiss; and
18 NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully
19 request that the Court enter an order, as follows:
20 1.  Defendants shall file their reply brief at or before 3:00 P.M. Pacific Time on
21 November 2, 2009.
22 IT IS SO STIPULATED.
23
24                                                      O'MELVENY & MYERS LLP
25
26 Dated:  November 2, 2009              By:         /s/
                                                      Meredith N. Landy
27
28                                                   Attorneys for Defendants Rackable Systems,
                                                     Inc., Thomas K. Barton, Madhu Ranganathan

- 1 -        STIPULATION AND [PROPOSED] ORDER
             CASE NO. C-09-0222-CW

and Todd R. Ford

GLANCY BINKOW & GOLDBERG LLP

Dated:   November 2, 2009

By:      /s/
        Lionel Z. Glancy
        Michael Goldberg

Attorneys for Lead Plaintiffs

    I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General Order 45, X.B., I hereby attest that Lionel Z. Glancy has concurred in this filing.

By:   /s/
     Meredith N. Landy

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   11/2   , 2009

    The Honorable Claudia Wilken
    United States District Judge