GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY (S.B.#134180)
MICHAEL GOLDBERG (S.B.#196382)
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
E-mail: info@glancylaw.com

Lead Counsel for Lead Plaintiff
*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT CALIFORNIA**

| | |
|---|---|
| IN RE RACKABLE SYSTEMS, INC. SECURITIES LITIGATION ) ) ) ) | Case No.  C-09-0222-CW <br> <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL ACTIONS ) ) ) | Date: November 19, 2009 <br> Time: 2:00 p.m. <br> Courtroom: 2, 4th Floor |

**PLAINTIFF'S SUBMISSION OF RECENT DECISIONS**

LEAD PLAINTIFF'S SUBMISSION OF RECENT AUTHORITY – Case No. 09-0222-CW

We are lead counsel for Lead Plaintiff in the referenced securities fraud class action. Pursuant to L.R. 7-3(d) attached as Exhibits A and B hereto are recent decisions in this Circuit relevant to some of the issues raised in the above-referenced action.   Neither case was mentioned in defendants' reply brief filed November 2, 2009.

Attached as Exhibit A is the decision in *Siracusano v. Matrixx,* ___ F.3d ____, 2009 WL 3448282 (9th Cir. October 28, 2009), reversing the dismissal of securities fraud claims and remanding to the district court.   Therein, the Ninth Circuit addresses the issues of falsity, including misstatements or omissions contained in "cautionary language," and scienter.

Attached as Exhibit B is the district court's decision in *South Ferry LP #2 v. Killinger,* ___ F. Supp. 2d ___, 2009 WL 3153067 (W.D. Wash. Oct. 1, 2009), *on remand from* 542 F.3d 776 (9th Cir. 2008).  The district court, as directed by the Ninth Circuit, applies the "core operations inference" to the facts of that case.  The core operations' scienter inference has been pleaded and is one of the subjects of the parties' arguments in the instant action.

Dated:  November 3, 2009              Respectfully submitted,

GLANCY BINKOW & GOLDBERG LLP

By:      /s/ *Michael Goldberg*_____
        Lionel Z. Glancy (S.B.#134180)
        Michael Goldberg (S.B.#196382)
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

        *- and-*

Frederick W. Gerkens, III
1430 Broadway, Suite 1603
New York, New York 10018
Telephone: (212) 382-2221
Facsimile: (212) 382-3944
Email: fgerkens@glancylaw.com

***Lead Counsel for Lead Plaintiff
and the Class***

LEAD PLAINTIFF'S SUBMISSION OF RECENT AUTHORITY – Case No. 09-0222-CW                Page - 1

**PROOF OF SERVICE BY ELECTRONIC POSTING
PURSUANT TO NORTHERN DISTRICT OF CALIFORNIA LOCAL RULES AND
ECF GENERAL ORDER NO. 45
AND BY MAIL ON ALL KNOWN NON-REGISTERED PARTIES**

I, the undersigned, say:

I am a citizen of the United States and am employed in the office of a member of the Bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

On November 3, 2009, I served the following by posting such documents electronically to the ECF website of the United States District Court for the Northern District of California:

**PLAINTIFF'S SUBMISSION OF RECENT DECISIONS**

on all ECF-registered parties in the action as listed below:

Lionel Z. Glancy
info@glancylaw.com

Michael M. Goldberg
info@glancylaw.com

Meredith N. Landy
mlandy@omm.com,vtran@omm.com,sfolchi@omm.com,mpaul@omm.com,jcoakley@omm.com,bredmond@omm.com

Dhaivat H. Shah
dshah@omm.com,jcoakley@omm.com,bredmond@omm.com

Peter Todd Snow
kkirk@omm.com,psnow@omm.com

There are currently no ECF non-registered parties in this action.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 3, 2009, at Los Angeles, California.


           *S/Michael Goldberg*
           Michael Goldberg