UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GERALD DULL,

    Plaintiff,

v.

RACKABLE SYSTEMS INC,

    Defendant.

NO. C 09-00222 CW

**MINUTE ORDER**
Date: 11/19/09

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**     **Court Reporter:** Kelly Bryce, pro tem

**Appearances for Plaintiff:**
Lionel Glancy; Frederick Gerkins

**Appearances for Defendant:**
Meredith Landy; Peter Snow

### Motions:

| | | |
|---|---|---|
| Dfts. Rackable Systems, Inc, Thomas Barton, Madhu Ranganathan and Todd Ford | Mo. to dismiss amended complaint for violations of the Federal Securities Laws | Under Submission |

Further briefing due:
Order to be prepared by:  Court

Notes:  Court inclined to dismiss with leave to amend.  Plaintiff to file amended complaint by the 2nd week of January 2010; Defendant to answer or file motion to dismiss amended complaint within three weeks thereafter.  If motion to dismiss filed, opposition due two weeks later and reply due one week thereafter. Motion to dismiss amended complaint will be decided on the papers.  **CMC continued to 5/11/10 at 2:00 p.m.**

Copies to:  Chambers