GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY (S.B.#134180)
MICHAEL GOLDBERG (S.B.#196382)
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:   (310) 201-9160
E-mail: info@glancylaw.com

    *- and -*

Frederick W. Gerkens, III (*pro hac vice*)
Robin B. Howald  (S.B. #110280)
1430 Broadway, Suite 1603
New York, New York 10018
Telephone: (212) 382-2221
Facsimile:  (212) 382-3944
E-mail: fgerkens@glancylaw.com

*Lead Counsel for Lead Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| IN RE RACKABLE SYSTEMS, INC. SECURITIES LITIGATION | Case No.  C-09-0222-CW |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**STIPULATION AND [PROPOSED] ORDER REGARDING THE FILING AND BRIEFING OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

STIPULATION AND [PROPOSED] ORDER ON THE FILING AND
BRIEFING OF PLAINTIFFS' SECOND AMENDED COMPLAINT
Case No. C-09-0222-Cw

0

WHEREAS, on June 15, 2009, Lead Plaintiffs filed their Amended Complaint for Violations of the Federal Securities Laws ("Amended Complaint");

WHEREAS on August 13, 2009, Defendants filed a motion to dismiss the Amended Complaint, which motion was briefed by the parties;

WHEREAS, on November 19, 2009, a hearing was held on Defendants' motion to dismiss the Amended Complaint;

WHEREAS, at the conclusion of the hearing, the Court indicated:

(a) The Court was taking the matter under submission to "take another look at it," but was "likely to dismiss with leave to amend" some or all of the allegations supporting Lead Plaintiffs' securities fraud claims (*see* Docket Entry No. 43, Hearing Transcript, at 13:21-23);

(b) The Court had not ruled upon the motion from the bench, but would instead issue an order ruling upon the pending motion to dismiss (*see* Hearing Transcript at 14:23-15:1; *see also* Docket Entry No. 42, Minute Order, indicating matter "Under Submission" with an Order to be prepared by the Court); and

(c) That, with respect to those portions of the Amended Complaint dismissed with leave to amend, the Second Amended Complaint ("SAC") should be filed during the "second week of January," 2010, and, following a six-week briefing schedule, the Case Management Conference will be conducted on May 11, 2010, "assuming the pleadings are settled by then" (*see* Hearing Transcript at 14:2-15:7; *see also* Docket Entry No. 42, Minute Order, Notes setting forth filing and briefing schedule; new Case Management Conference date);

WHEREAS the parties respectfully submit that the most efficient manner in which to proceed would be for the parties to have the benefit of the Court's Order on the pending motion concerning the merits of the Amended Complaint before the SAC and briefing thereon is filed;

WHEREAS the parties respectfully request one additional week be added to the time to file an opposition brief and a reply brief, to account for potential scheduling conflicts; and

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

1. Lead Plaintiffs shall file their Second Amended Complaint ("SAC") no later than 21 days after entry of the Court's Order on the pending motion to dismiss;

2. Defendants shall have 21 days after the filing of the SAC in which to file a response;

3. Plaintiffs shall have 21 days after the filing of Defendants' response in which to file any opposition;

4. Defendants shall have 14 days after the filing of Plaintiffs' opposition in which to file a reply.

IT IS SO STIPULATED.

Dated:  December 21, 2009            GLANCY BINKOW & GOLDBERG LLP

By: /s/ Fredeick W. Gerkens, III
   Frederick W. Gerkens, III (*pro hac vice*)
Robin B. Howald (S.B. #110280)
1430 Broadway, Suite 1603
New York, New York 10018
Tel: (212) 382-2221
Fax: (212) 382-3944
E-mail:  fgerkens@nyc.rr.com

*- and –*

Lionel Z. Glancy (S.B.#134180)
Michael Goldberg (SB#188669)
1801 Ave. of the Stars, Suite 311
Los Angeles, CA, 90067
Tel: (310) 201-9150
Fax: (310) 201-9160
E-mail: info@glancylaw.com

*Lead Counsel for Plaintiff and the Class*

O'MELVENY & MYERS LLP

Dated:  December 21, 2009         By:   s/  Meredith N. Landy
                                       Meredith N. Landy

*Attorneys for Defendants Rackable Systems, Inc., Thomas K. Barton and Madhu Ranganathan*

I, Frederick W. Gerkens, III am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding the Filing and Briefing of Plaintiffs' Second Amended Complaint.  In compliance with General Order 45, X.B., I hereby attest that Meredith N. Landy has concurred in this filing.

By: <u>Frederick W. Gerkens, III</u>

Frederick W. Gerkens, III (*pro hac vice*)

# **O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  __12/28__, 2009         _____
                                 The Honorable Claudia Wilken
                                 United States District Judge