1  MEREDITH N. LANDY (S.B. #136489)
   PETER T. SNOW (S.B. #222117)
2  O'MELVENY & MYERS LLP
   2765 Sand Hill Road
3  Menlo Park, California 94025-7019
   Telephone:    (650) 473-2600
4  Facsimile:    (650) 473-2601
   Email:        mlandy@omm.com
5                psnow@omm.com

6  Attorneys for Defendants Rackable Systems, Inc.,
   Thomas K. Barton, Madhu Ranganathan and Todd
7  R. Ford

8

9              **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA**

11                  **OAKLAND DIVISION**

| | |
|---|---|
| 12 IN RE RACKABLE SYSTEMS, INC. SECURITIES LITIGATION | ) Case No. C-09-0222-CW |
| 13 ——————————————— | ) CLASS ACTION |
| | ) |
| 14 THIS DOCUMENT RELATES TO: ALL ACTIONS. | ) **STIPULATION AND ORDER** |
| 15 | ) **REGARDING SCHEDULING** |
| | ) **MATTERS** |
| 16 ——————————————— | ) |

17

18

19

20

21

22

23

24

25

26

27

28

WHEREAS, on February 3, 2010, Lead Plaintiffs filed the Second Amended Complaint for Violations of the Federal Securities Laws ("Second Amended Complaint");

WHEREAS, on December 28, 2009, the Court entered an order setting the briefing schedule for Defendants' response to the Second Amended Complaint, which is currently due on February 24, 2010;

WHEREAS, Defendants intend to file a motion to dismiss the Second Amended Complaint;

WHEREAS, the parties have met and conferred regarding modifying the briefing schedule for Defendants' motion to dismiss;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

1.     Defendants shall file their motion to dismiss the Second Amended Complaint on or before April 2, 2010;

2.     Lead Plaintiffs shall file their opposition to Defendants' motion to dismiss on or before April 30, 2010;

3.     Defendants shall file their reply in support of their motion to dismiss on or before May 14, 2010;

4.     The hearing on defendants' Motion to Dismiss shall be on June 3, 2010 at 2:00 pm.

IT IS SO STIPULATED.


O'MELVENY & MYERS LLP


Dated:  February 23, 2010                    By:_____/s/_____
                                                            Meredith N. Landy

                                             Attorneys for Defendants Rackable Systems,
                                             Inc., Thomas K. Barton, Madhu Ranganathan
                                             and Todd R. Ford

GLANCY BINKOW & GOLDBERG LLP


By: _____/s/_____
　　　　　　Lionel Z. Glancy
　　　　　　Michael Goldberg

Attorneys for Lead Plaintiffs

Dated:　February 23, 2010


　　　I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General Order 45, X.B., I hereby attest that Lionel Z. Glancy has concurred in this filing.

By: _____/s/ _____
　　　　　　Meredith N. Landy


## O R D E R

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:　__2/23/2010　　　　_____
　　　　　　　　　　　　　The Honorable Claudia Wilken
　　　　　　　　　　　　　United States District Judge

MP1:1190198.1