GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY (S.B.#134180)
MICHAEL GOLDBERG (S.B.#196382)
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:   (310) 201-9160
E-mail: info@glancylaw.com

*Lead Counsel for Lead Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE RACKABLE SYSTEMS, INC. SECURITIES LITIGATION | Case No.  C-09-0222-CW |
| | <u>CLASS ACTION</u> |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Date: March 11, 2010 |
| | Time; 2:00 p.m. |
| | Courtroom: 2, 4th Floor |

**ORDER GRANTING MOTION OF LEAD PLAINTIFF ELROY WHITTAKER TO WITHDRAW AND SUBSTITUTE NEW LEAD PLAINTIFFS**

**ORDER**

Having considered the motion of lead plaintiff Elroy Whittaker to withdraw as lead plaintiff and substitute new lead plaintiffs, the memorandum of law in support thereof, the declarations of Elroy Whittaker, Gerald Dull and Vincent Fusco in support of that motion, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1) The Motion is granted.

2) Elroy Whittaker is allowed to withdraw as lead plaintiff pursuant to Federal Rule of Civil Procedure 21.

5) Lead plaintiff's request to substitute new lead plaintiffs is granted.

1

      4)      Gerald Dull and Vincent Fusco are appointed to serve as lead plaintiffs in the above-captioned action, pursuant to 15 U.S.C. §78u-4(a)(3)(B).

      5)      Glancy Binkow & Goldberg LLP shall remain as lead counsel for lead plaintiffs and the Class.

Dated: March 22, 2010

                                             _____
                                             The Honorable Claudia Wilken
                                             United States District Judge