GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY (S.B.#134180)
MICHAEL GOLDBERG (S.B.#196382)
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:   (310) 201-9160
E-mail: info@glancylaw.com

*Lead Counsel for Lead Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT CALIFORNIA

_____     )
                                 )
IN RE RACKABLE SYSTEMS, INC.)       Case No.  C-09-0222-CW
SECURITIES LITIGATION            )
_____     )       <u>CLASS ACTION</u>
                                 )
THIS DOCUMENT RELATES TO:        )
ALL ACTIONS                      )
_____     )

**JOINT STIPULATION AND ORDER REGARDING THE FILING
OF LEAD PLAINTIFFS' SUPPLEMENTAL SECOND AMENDED COMPLAINT**

WHEREAS, on February 3, 2010, Lead Plaintiff Elroy Whittaker and named plaintiffs Gerald Dull and Vincent Fusco ("Plaintiffs") filed the Second Amended Complaint for Violations of the Federal Securities Laws ("Second Amended Complaint");

WHEREAS, on February 4, 2010, Lead Plaintiff Elroy Whittaker filed a motion to withdraw as Lead Plaintiff and substitute plaintiffs Gerald Dull and Vincent Fusco as the new Lead Plaintiffs;

WHEREAS, Defendants intend to file a motion to dismiss the Second Amended Complaint;

WHEREAS, on February 23, 2010, the Court entered a Stipulation and Order Regarding Scheduling Matters (*see* Docket Entry No. 52) (the "February 23 Scheduling Order") providing (i) that Defendants shall file their motion to dismiss the Second Amended Complaint on or before April 2, 2010, (ii) that Lead Plaintiffs shall file their opposition to Defendants' motion to dismiss within 28 days of the filing of the motion to dismiss, *i.e*, on or before April 30, 2010, and (iii) that Defendants shall file their reply in support of the motion to dismiss within 14 days of the filing of the Lead Plaintiffs' opposition, *i.e.*, on or before May 14, 2010;

WHEREAS, on March 22, 2010, the Court entered an Order Granting the Motion Of Lead Plaintiff Elroy Whittaker to Withdraw and Substitute New Lead Plaintiffs (*see* Docket Entry No. 53), whereby the Court appointed plaintiffs Gerald Dull and Vincent Fusco as lead plaintiffs in the above-captioned action, pursuant to 15 U.S.C. §78u-4(a)(3)(B);

WHEREAS, in light of the Court's March 22, 2010 Order, the newly appointed Lead Plaintiffs have prepared and will, contemporaneously with the filing of this Joint Stipulation, file a Supplemental Second Amended Complaint, attached hereto as Exhibit 1, which supplements the operative complaint to give effect to the Court's March 22, 2010, Order;

WHEREAS, the parties have conferred and agree that: (i) Lead Plaintiffs' Supplemental Second Amended Complaint shall be the operative complaint in this Action (ii); Defendants will file a motion to dismiss the Supplemental Second Amended Complaint within five days of

the Court's entry of Lead Plaintiffs' Supplemental Second Amended Complaint, and Lead Plaintiffs correspondingly will be allowed five additional days, *i.e.*, 33 days, in which to file their opposition to the motion to dismiss; (iii) Defendants shall file their reply to Lead Plaintiff's opposition to the motion to dismiss within 14 days of the filing of Lead Plaintiffs' opposition; and (iv), all references to the "Second Amended Complaint" in the February 23 Scheduling Order shall be deemed references to the "Supplemental Second Amended Complaint."

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

1. Lead Plaintiffs' Supplemental Second Amended Complaint shall be the operative complaint in this Action.

2. Defendants shall file a motion to dismiss Lead Plaintiffs' Supplemental Second Amended Complaint within five days of the Court's entry of the Supplemental Second Amended Complaint.

3. Lead Plaintiffs shall file their opposition to Defendants' motion to dismiss the Supplemental Second Amended Complaint within 33 days of the filing of the motion to dismiss.

4. Defendants shall file their reply in support of their motion to dismiss within 14 days of the filing of Lead Plaintiffs' opposition to the motion to dismiss.

5. All references in the February 23 Scheduling Order to the "Second Amended Complaint" shall be deemed references to the "Supplemental Second Amended Complaint."

IT IS SO STIPULATED.

Dated: April 2, 2010                GLANCY BINKOW & GOLDBERG LLP

                                    By: /s/ Michael Goldberg
                                    Michael Goldberg (SB#188669)
                                    1801 Ave. of the Stars, Suite 311
                                    Los Angeles, CA, 90067
                                    Tel: (310) 201-9150

Fax: (310) 201-9160

*Lead Counsel for Plaintiffs and the Class*

O'MELVENY & MYERS LLP

Dated:  April 2, 2010                          By:  /s/ Pete Snow
                                                Pete Snow
                                                Meredith N. Landy

*Attorneys for Defendants Rackable Systems, Inc., Thomas K. Barton and Madhu Ranganathan*

I, Michael Goldberg, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding the Filing and Briefing of Plaintiffs' Supplemental Second Amended Complaint.  In compliance with General Order 45, X.B., I hereby attest that Meredith N. Landy has concurred in this filing.

By: /s/  Michael Goldberg
        Michael Goldberg

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  April 5, 2010    _____
                                        The Honorable Claudia Wilken
                                        United States District Judge