IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RACKABLE SYSTEMS INC. SECURITIES LITIGATION _____/ | No. 09-00222 CW<br><br>ORDER ON BRIEFING SCHEDULE AND CASE MANAGEMENT CONFERENCE |

    The parties stipulated to have Lead Plaintiffs' opposition to Defendants' motion to dismiss be due within thirty-three days from the date of the filing of the motion to dismiss; and Defendants' reply be due within fourteen days from the date of the filing of the opposition. Defendants filed their motion on April 9, 2010 and scheduled it to be heard on June 3, 2010 at 2:00 p.m. Under the parties' stipulation, the Court may be left with only eight days between when the reply is due and the motion is heard. Generally, the Court requires reply briefs to be filed no less than fourteen days before the hearing date. <u>See</u> Civil L.R. 7-3(c). The parties shall meet and confer and stipulate to a briefing schedule and hearing date on which the court is available that allows at least fourteen days between the filing of the reply and the hearing date. The Court vacates the case management conference scheduled for May

1  11, 2010.  The Court will hold the case management conference on
2  the same date as the hearing on the motion to dismiss.

4       IT IS SO ORDERED.

6  Dated: 05/06/10

_____
CLAUDIA WILKEN
United States District Judge