MEREDITH N. LANDY (S.B. #136489)
PETER T. SNOW (S.B. #222117)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:     (650) 473-2600
Facsimile:      (650) 473-2601
Email:           mlandy@omm.com
                     psnow@omm.com

Attorneys for Defendants Rackable Systems, Inc., Thomas K. Barton, Madhu Ranganathan and Todd R. Ford

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE RACKABLE SYSTEMS, INC. SECURITIES LITIGATION | Case No.  C-09-0222-CW |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS. | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE - AS MODIFIED** |

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-09-0222-CW

1  WHEREAS, on April 5, 2010, the Court entered its Order granting Lead Plaintiffs' leave
2  to file their Supplemental Second Amended Complaint ("Second Amended Complaint");
3  WHEREAS, on April 9, 2010, Defendants moved to dismiss the Second Amended
4  Complaint;
5  WHEREAS, pursuant to the Court's April 5, 2010 Order, Lead Plaintiffs' opposition to
6  Defendants' motion is due May 12, 2010, Defendants' reply is due May 26, 2010, and the hearing
7  on the motion to dismiss is scheduled for June 3, 2010;
8  WHEREAS, a Case Management Conference is currently scheduled for May 11, 2010, at
9  2 p.m.;
10  WHEREAS, in light of Defendants' pending motion to dismiss and the discovery stay
11  imposed by the Private Securities Litigation Reform Act of 1995, the parties believe that the Case
12  Management Conference currently scheduled for May 11, 2010, should be continued until after
13  the hearing on Defendants' motion to dismiss;
14  NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully
15  request that the Court enter an order, as follows:
16  1.   That the Case Management Conference scheduled for May 11, 2010 is vacated,
17  and;
18  2.   That a Case Management Conference is now set for June 22, 2010, at 2 p.m.
19
20  IT IS SO STIPULATED.
21
22  O'MELVENY & MYERS LLP
23
24  Dated: May 6, 2010           By:        /s/
                                     Meredith N. Landy
25
26  Attorneys for Defendants Rackable Systems,
    Inc., Thomas K. Barton, Madhu Ranganathan
    and Todd R. Ford
27
28

- 1 -    STIPULATION AND [PROPOSED] ORDER
         CASE NO. C-09-0222-CW

GLANCY BINKOW & GOLDBERG LLP

Dated: May 6, 2010

By: /s/
Lionel Z. Glancy
Michael Goldberg

Attorneys for Lead Plaintiff

I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General Order 45, X.B., I hereby attest that Lionel Z. Glancy has concurred in this filing.

By: /s/
Meredith N. Landy

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **But see the Order of May 6: hearing on motion to dismiss must be rescheduled.**

DATED: May 10, 2010

_____
The Honorable Claudia Wilken
United States District Judge

- 2 -    STIPULATION AND [PROPOSED] ORDER
CASE NO. C-09-0222-CW