GLANCY BINKOW & GOLDBERG LLP
LIONEL Z. GLANCY (S.B.#134180)
MICHAEL GOLDBERG (S.B.#196382)
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:   (310) 201-9160
E-mail: info@glancylaw.com

*Lead Counsel for Lead Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT CALIFORNIA

_____
                                        )
IN RE RACKABLE SYSTEMS, INC.)         Case No.  C-09-0222-CW
SECURITIES LITIGATION            )
_____ )         <u>CLASS ACTION</u>
                                        )
THIS DOCUMENT RELATES TO:     )
ALL ACTIONS                           )
_____ )

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING THE BRIEFING SCHEDULE AND HEARING ON DEFENDANTS' MOTION TO DISMISS AND CONTINUATION OF THE MAY 11, 2010, CASE MANAGEMENT CONFERENCE**

1    WHEREAS, pursuant to a previous stipulation of Lead Plaintiffs Gerald Dull and

2   Vincent Fusco ("Plaintiffs") and Defendants Rackable Systems, Inc., Thomas K. Barton and

3   Madhu Ranganathan ("Defendants") and this Court's Order dated April 5, 2010, Defendants

4   filed a motion to dismiss the Second Amended Complaint for Violations of the Federal Securities

5   Laws ("Second Amended Complaint") on April 9, 2010;

6    WHEREAS, Defendants scheduled the hearing for their motion to dismiss to be held

7   June 3, 2010, at 2:00 p.m. in Courtroom 2;

8    WHEREAS, under the parties' previously stipulated briefing schedule, the Court may

9   have only eight days between the filing of Plaintiffs' reply to Defendants' motion to dismiss and

10   the June 3, 2010, hearing date for the motion to dismiss;

11    WHEREAS, by Order dated May 6, 2010, the Court vacated the Case Management

12   Conference scheduled for May 11, 2010, and ordered the parties to meet and confer and

13   stipulate to a new briefing schedule which will comply with Local Rule 7-3(c);

14    WHEREAS, the parties have conferred and agree that: (i) Plaintiffs' shall file their

15   opposition to Defendants' motion to dismiss no later than May 26, 2010; (ii) Defendants shall

16   file their reply to Plaintiffs' opposition no later than June 17, 2010; and (iii) the hearing date for

17   Defendants' motion to dismiss will be continued to July 1, 2010;

18    NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and

19   respectfully request that the Court enter an order, as follows:

20    1.    Plaintiffs shall file their opposition to Defendants' motion to dismiss no

21   later than May 26, 2010.

22    2.    Defendants shall file their reply to Lead Plaintiffs' opposition no later

23   than June 17, 2010.

24    3.    The hearing on  Defendants' motion to dismiss, which was previously

25   scheduled for June 3, 2010, shall be continued to July 1, 2010, at 2:00 p.m. in Courtroom 2.

26    4.    The Case Management Conference previously scheduled for May 11,

27

28

2010, shall be continued and will be held on the same date -- July 1, 2010, at 2:00 p.m. in Courtroom 2 --  as the hearing on the motion to dismiss.


        IT IS SO STIPULATED.


Dated:  May 10, 2010                    GLANCY BINKOW & GOLDBERG LLP

                                        By:  /s/  Michael Goldberg
                                        Michael Goldberg (SB#188669)
                                        1801 Ave. of the Stars, Suite 311
                                        Los Angeles, CA, 90067
                                        Tel: (310) 201-9150
                                        Fax: (310) 201-9160
                                        E-mail: info@glancylaw.com

                                        *Lead Counsel for Plaintiffs and the Class*



                                        O'MELVENY & MYERS LLP


Dated:   May 10, 2010                   By:   /s/ Pete Snow
                                        Pete Snow
                                        Meredith N. Landy

                                        *Attorneys for Defendants Rackable Systems,
                                        Inc., Thomas K. Barton and Madhu
                                        Ranganathan*


        I, Michael Goldberg, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding the Filing and Briefing of Plaintiffs' Supplemental Second Amended Complaint.  In compliance with General Order 45, X.B., I hereby attest that Meredith N. Landy has concurred in this filing.


                                        By:  /s/  Michael Goldberg
                                             Michael Goldberg

1

2

3                                            **O R D E R**

4            PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6

7    DATED:  _May 12___, 2010      _____
                                        The Honorable Claudia Wilken
8                                        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28