MEREDITH N. LANDY (S.B. #136489)
PETER T. SNOW (S.B. #222117)
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, California  94025-7019
Telephone:   (650) 473-2600
Facsimile:   (650) 473-2601
Email:         mlandy@omm.com
                   psnow@omm.com

Attorneys for Defendants Rackable Systems, Inc., Thomas K. Barton, Madhu Ranganathan and Todd R. Ford

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE RACKABLE SYSTEMS, INC. SECURITIES LITIGATION | Case No.  C-09-0222-CW |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: ALL ACTIONS. | **STIPULATION AND ORDER REGARDING SCHEDULING MATTERS (AS MODIFIED)** |

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-09-0222-CW

1  WHEREAS, pursuant to a previous stipulation of Lead Plaintiffs Gerald Dull and Vincent Fusco ("Plaintiffs") and Defendants Rackable Systems, Inc., Thomas K. Barton and Madhu Ranganathan ("Defendants") and this Court's Order dated April 5, 2010, Defendants filed a motion to dismiss the Second Amended Complaint for Violations of the Federal Securities Laws ("Second Amended Complaint") on April 9, 2010;

WHEREAS, by Order dated May 6, 2010, the Court vacated the Case Management Conference scheduled for May 11, 2010, and ordered the parties to meet and confer and stipulate to a new briefing schedule which would comply with Local Rule 7-3(c);

WHEREAS, on May 12, 2010, pursuant to the parties' stipulation, the Court entered an order setting a new briefing schedule that complied with Local Rule 7-3(c);

WHEREAS, the Court's May 12, 2010 order required Plaintiffs to file their opposition to Defendants' motion to dismiss no later than May 26, 2010, and Defendants to file their reply to Plaintiffs' opposition no later than June 17, 2010, and set the hearing on Defendants' motion to dismiss for July 1, 2010, at 2:00 p.m. in Courtroom 2;

WHEREAS, pursuant to the Court's order, Plaintiffs filed their opposition to Defendants' motion to dismiss on May 26, 2010;

WHEREAS, Peter T. Snow, one of the attorneys for Defendants, has been required to take an earlier-than-expected parental leave following the premature delivery of his daughter on May 30, 2010;

WHEREAS, the parties have met and conferred regarding modification of the current briefing and hearing schedule in light of Mr. Snow's parental leave;

NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully request that the Court enter an order, as follows:

1.  Defendants shall file their reply to Plaintiffs' Opposition no later than July 1, 2010.

- 1 -   STIPULATION AND [PROPOSED] ORDER
CASE NO. C-09-0222-CW

2. The hearing on Defendants' motion to dismiss, which is currently scheduled for July 1, 2010, shall be continued to July 15, 2010, at 2:00 p.m. in Courtroom 2.

IT IS SO STIPULATED.

O'MELVENY & MYERS LLP

Dated: June 18, 2010                By: _____/s/_____
                                         Meredith N. Landy

Attorneys for Defendants Rackable Systems, Inc., Thomas K. Barton, Madhu Ranganathan and Todd R. Ford

GLANCY BINKOW & GOLDBERG LLP

Dated: June 18, 2010                By: _____/s/_____
                                         Lionel Z. Glancy
                                         Michael Goldberg

Attorneys for Lead Plaintiffs

I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Scheduling Matters. In compliance with General Order 45, X.B., I hereby attest that Lionel Z. Glancy has concurred in this filing.

By: _____/s/_____
    Meredith N. Landy

**O R D E R**

PURSUANT TO STIPULATION, IT IS SO ORDERED. **July 1st CMC is also continued to July 15th at 2 p.m.**

DATED: **June 18, 2010**                _____
                                         The Honorable Claudia Wilken
                                         United States District Judge

- 2 -    STIPULATION AND [PROPOSED] ORDER
         CASE NO. C-09-0222-CW