1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE RACKABLE SYSTEMS, INC. SECURITIES LITIGATION | ) ) ) |
| | ) |
| THIS DOCUMENT RELATES TO: ALL ACTIONS. | ) ) ) ) ) ) ) ) |

Case No.  C-09-0222-CW

<u>CLASS ACTION</u>

**STIPULATION AND ORDER REMOVING CASE FROM AUTOMATIC REFERRAL TO THE ADR MULTI-OPTION PROGRAM PURSUANT TO ADR LOCAL RULE 3-3(c)**

1    WHEREAS, the hearing on defendants' Motion to Dismiss the Supplemental Second

2 Amended Complaint For Violations of the Federal Securities Laws ("Motion to Dismiss") is

3 scheduled for July 15, 2010 at 2 p.m.;

4    WHEREAS, the Court has scheduled a Case Management Conference to take place

5 immediately following the July 15, 2010 hearing on the Motion to Dismiss;

6    WHEREAS, on June 29, 2010, the Court Clerk issued a Notice Re: Noncompliance With

7 Court Order (the "Notice") directing the parties' counsel to meet and confer "in an attempt to

8 agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each

9 party, promptly shall file an ADR Certification and either 1) a Stipulation and [Proposed] Order

10 Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference;"

11    WHEREAS, the undersigned parties and their counsel have met and conferred as directed

12 by the Clerk's Notice and filed their respective ADR Certifications pursuant to Civil L.R. 16-8(b)

13 and ADR L.R. 3-5 (b);

14    WHEREAS, the undersigned parties agree that the case should be removed from the ADR

15 Multi-Option program pursuant to ADR L.R. 3-3(c) because the undersigned parties do not

16 believe, at this time, that the Multi-Option program will facilitate resolution of the matter;

17    WHEREAS, the parties will discuss ADR options as appropriate on an ongoing basis over

18 the course of this litigation, and in the event that the parties elect to pursue ADR options, will

19 contact the Court to provide updates and/or seek guidance as such efforts proceed;

20    NOW, THEREFORE, the undersigned parties hereby stipulate and agree, and respectfully

21 request that the Court enter an order that the case should be removed from the ADR Multi-Option

22 program.

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-09-0222-CW

1

2

3                                              O'MELVENY & MYERS LLP

4

5   Dated:   July 12, 2010                      By:         /s/
                                                         Meredith N. Landy
6
                                                Attorneys for Defendants Rackable Systems,
7                                               Inc., Thomas K. Barton, Madhu Ranganathan
                                                and Todd R. Ford
8

9                                               GLANCY BINKOW & GOLDBERG LLP

10

11                                             By:         /s/
    Dated:   July 12, 2010                               Lionel Z. Glancy
12                                                       Michael Goldberg

13                                              Attorneys for Lead Plaintiffs

14

15

16          I, Meredith N. Landy, am the ECF User whose ID and password are being used to file this

17   Stipulation and [Proposed] Order Regarding Scheduling Matters.  In compliance with General

18   Order 45, X.B., I hereby attest that Lionel Z. Glancy has concurred in this filing.

19                                             By:         /s/
20                                                       Meredith N. Landy

21

22                                    **O R D E R**

23                            **STIPULATION IS DECLINED.**

24

25   DATED:  July 12, 2010            _____
                                                The Honorable Claudia Wilken
26                                              United States District Judge

27

28

STIPULATION AND [PROPOSED] ORDER
                                                      CASE NO. C-09-0222-CW