United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE RACKABLE SYSTEMS, INC. SECURITIES LITIGATION
_____________________________________/

No. C 09-0222 CW

JUDGMENT

Judgment is hereby entered consistent with the Court's Order Granting Defendants' Motion to Dismiss.

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 31st day of August, 2010.

RICHARD W. WIEKING
Clerk of Court

By: ______________________________
Deputy Clerk